| | |
|---|---|
| 1 | MICHAEL C. KANE. ESQ. |
| 2 | Nevada Bar No.: 10096 |
|   | BRADLEY J. MYERS, ESQ. |
| 3 | Nevada Bar No.: 8857 |
|   | BRETT J. SCHWARTZ, ESQ. |
| 4 | Nevada Bar No.: 13755 |
|   | **THE702FIRM INJURY ATTORNEYS** |
| 5 | 8335 West Flamingo Road |
|   | Las Vegas, Nevada 89147 |
| 6 | Telephone:    (702) 776-3333 |
| 7 | Facsimile:    (702) 505-9787 |
|   | *E-Mail:*      *service@the702firm.com* |
| 8 | *Attorneys for Plaintiff* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DONNA MCMILLIAN, | CASE NO.: 2:23-cv-00571-JCM-VCF |
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER (THIRD REQUEST)** |
| DOLGEN MIDWEST LLC d/b/a DOLLAR GENERAL 13455 aka DOLLAR GENERAL MARKET, a Foreign Limited Liability Company; DOES I through X; ROE CORPORATIONS XI through XX; | **SUBMITTED IN COMPLIANCE WITH LR 26-3** |
| Defendants. | |

Plaintiff, DONNA MCMILLIAN, by and through her attorneys, MICHAEL C. KANE, ESQ., BRADLEY J. MYERS, ESQ., and BRETT J. SCHWARTZ, ESQ. of THE 702FIRM INJURY ATTORNEYS, and Defendant, DOLGEN MIDWEST LLC d/b/a DOLLAR GENERAL 13455 aka DOLLAR GENERAL MARKET, by and through its attorneys, MICHAEL P. LOWRY, ESQ. and JONATHAN C. PATTILLO, ESQ. of WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP stipulate and agree that the discovery schedule be extended pursuant to LR 26-3.

**I.    Discovery Conducted to Date (LR 26-4(a)):**

1. Plaintiff served her Initial FRCP 26.1 disclosures and multiple supplements thereto.

2. Defendant served its Initial FRCP 26.1 disclosures and multiple supplements thereto.

3. Plaintiff served written discovery upon Defendant, to which Defendant has fully responded.

4. Defendant served written discovery upon Plaintiff, to which Plaintiff has fully responded.

5. The parties have served their disclosures of expert witnesses and Plaintiff served multiple supplements

6. Plaintiff's Deposition has been taken.

7. Deposition of witness Tina Tetro has been taken.

8. Deposition of Plaintiff's expert Dr. David Silverberg has been taken

9. Depositions of witnesses Sara Barton and Steve McQueen have been set.

## II. Discovery to be Conducted (LR 26-4(b)):

1. Additional written discovery by all parties.

2. Depositions of Defendant's FRCP 30(b)(6) depositions.

3. Deposition(s) of Plaintiff's witnesses and treating physicians.

4. Deposition(s) of Defendant's PMK's, witnesses and expert(s).

5. Ongoing medical and billing records collection.

6. Further discovery as necessary.

## III. The Reason Discovery Should be Re-Opened

The parties are currently in the process of scheduling multiple depositions. The parties are also engaged in ongoing settlement talks and have been working in a diligent and courteous manner to complete discovery and this request to reopen and extend the discovery deadlines is not sought for the purpose of delay.  Thus, the parties respectfully request that discovery be extended so that the parties may continue to conduct the remaining discovery as outlined below.

## IV. Proposed Schedule for Completing All Remaining Discovery (LR 26-4(d)):

The current discovery deadlines are as follows:

1. Discovery Cutoff (LR 26-1(b)(1)):  July 8, 2024

2. Dispositive Motions (LR 26-1(b)(4)):  August 6, 2024

3. Pre-Trial Order, if no Dispositive Motions: September 4, 2024

The parties propose extending all discovery deadlines by ninety (90) days as follows:

1. Discovery Cutoff (LR 26-1(b)(1)): August 7, 2024.

2. Dispositive Motions (LR 26-1(b)(4)): September 5, 2024

3. Pre-Trial Order, if no Dispositive Motions: October 4, 2024

**IT IS SO STIPULATED.**

DATED this 25th day of June, 2024.                    DATED this 25th day of June, 2024.

**THE702FIRM**                                                          **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

*/s/ Brett J. Schwartz, Esq.*                                  */s/ Jonathan Pattillo, Esq.*
MICHAEL C. KANE, ESQ.                                      MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10096                                           Nevada Bar No. 10666
BRADLEY J. MYERS, ESQ.                                    JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 8857                                             Nevada Bar No. 13929
BRETT J. SCHWARTZ, ESQ.                                  6689 Las Vegas Blvd. South, Suite 200
Nevada Bar No.: 13755                                           Las Vegas, Nevada 89119
8335 W. Flamingo Road                                         *Attorneys for Defendant*
Las Vegas, Nevada 89147
*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 6-26-24

| | |
|---|---|
| **From:** | Pattillo, Jonathan C. |
| **To:** | John Coupe; Brett Schwartz; Howell, Lauryn |
| **Cc:** | Jaiden Burdette; TeamBrett |
| **Subject:** | RE: McMillian Discovery Responses |
| **Date:** | Friday, June 21, 2024 3:42:02 PM |
| **Attachments:** | image005.png |
| | image006.png |
| | image008.png |
| | image009.png |

Approved for my esig

Jonathan C. Pattillo
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
702.727.1268 (Direct)
702.727.1400 (Main)
702.727.1401 (Fax)
jonathan.pattillo@wilsonelser.com

**From:** John Coupe <john@the702firm.com>
**Sent:** Friday, June 21, 2024 2:22 PM
**To:** Brett Schwartz <Brett@the702firm.com>; Pattillo, Jonathan C.
<Jonathan.Pattillo@wilsonelser.com>; Howell, Lauryn <Lauryn.Howell@wilsonelser.com>
**Cc:** Jaiden Burdette <Jaiden@the702firm.com>; TeamBrett <TeamBrett@the702firm.com>
**Subject:** RE: McMillian Discovery Responses

**EXTERNAL EMAIL** This email originated from outside the organization.

Hi Jonathan,

Attached is a draft of the stipulation. Let us know if you have any suggested edits or changes.

Sincerely,

John Coupe, J.D.
Senior Paralegal
**THE702FIRM** Injury Attorneys
8335 W. Flamingo Road
Las Vegas, NV 89147
O: 702-776-3333
F: 702-505-9787
john@the702firm.com
www.the702firm.com
Connect With Us On Social Media:
