JORGE A. RAMIREZ, ESQ.
Nevada Bar No. 6787
E-mail: Jorge.Ramirez@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Dolgen Midwest, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Donna McMillian,<br><br>Plaintiff,<br><br>vs.<br><br>Dolgen Midwest, LLC d/b/a Dollar General 13455 aka Dollar General Market, a Foreign Limited Liability Company; Does I through X; Roe Corporations XI through XX;<br><br>Defendant. | Case No.: 2:23-cv-571-JCM-VCF<br><br>**Dolgen Midwest, LLC's Motion to Remove from Service List** |

Though this file is closed, Plaintiff appealed and that appeal is still pending. Thus, Dolgen Midwest, LLC requests to remove attorneys Michael P. Lowry and Jonathan C. Pattillo from the CM/ECF electronic service list. Jorge A. Ramirez has replaced them as counsel for Dolgen Midwest, LLC.

DATED this 28th day of September, 2026.

WILSON ELSER

BY: */s/ Jorge Ramirez*
JORGE A. RAMIREZ, ESQ.
Nevada Bar No. 6787
Attorneys for Dolgen Midwest, LLC

**Certificate of Service**

Pursuant to FRCP 5, I certify that I am an employee of Wilson Elser Moskowitz Edelman & Dicker LLP, and that on September 28, 2026, I served **Dolgen Midwest, LLC's Motion to Remove from Service List** as follows:

☐ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☒ via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk;

| | |
|---|---|
| The702Firm Injury Attorneys<br>8335 Flamingo Rd.<br>Las Vegas, NV 89147<br>Attorneys for Plaintiff | |

BY: */s/ Jillian Forrest*
An Employee of
WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

IT IS SO ORDERED.

Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Dated: 10-6-26